UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

CRYSTAL JONES

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-437 (GHL)

_Lionel Hector, Esq._
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

_XX_ guilty __ nolo contendere as to count(s) _1 of the Information._

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving While Intoxicated by Alcohol, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.2 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:** July 20, 2008

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $700.00 and special assessment of $25.00. Total amount of the fine and special assessment amounts to $725.00, payable no later than December 15, 2008. Payment shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** count 2 of the Information is dismissed on motion of the United States.

_September 10, 2008_
Date of Imposition of Sentence

_September 25, 2008_
DATE SIGNED

_George H. Lowe_
GEORGE H. LOWE
U.S. MAGISTRATE JUDGE